## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Roger Stief Jr.     CHAPTER 13
    Amanda Stief
      <u>Debtor(s)</u>    BKY. NO. 19-16130 ELF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of Nissan Motor Acceptance Corporation and index same on the master mailing list.

      Respectfully submitted,
      **<u>/s/ Rebecca A. Solarz Esquire</u>**
      Rebecca A Solarz, Esquire
      Kevin G. McDonald, Esquire
      KML Law Group, P.C.
      701 Market Street, Suite 5000
      Philadelphia, PA 19106-1532
      (215) 627-1322