**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE )<br>)<br>ROGER STIEF, JR, and )<br>AMANDA STIEF, )<br>        Debtors )<br>~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ )<br>CAPITAL ONE AUTO FINANCE, )<br>A DIVISION OF CAPITAL ONE, N.A., )<br>        Movant )<br>      vs. )<br>)<br>ROGER STIEF, JR, and )<br>AMANDA STIEF, )<br>        Respondent(s) )<br>and )<br>)<br>SCOTT F. WATERMAN )<br>        Trustee ) | CHAPTER 13<br><br>CASE NO.: 19-16130-PMM<br><br><br><br><br>**HEARING DATE:**<br>Tuesday, September 01, 2020<br>10:00 A.M.<br><br><br><br><br>**LOCATION:**<br>United States Bankruptcy Court, 201<br>Penn Street, 4th Floor<br>Reading, PA 19601 |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

*Capital One Auto Finance, a division of Capital One, N.A., has filed a Motion for Relief with the Court to Lift the Automatic Stay to Permit Capital One Auto Finance, a division of Capital One, N.A. to Repossess Debtors' Property described as a 2016 NISSAN Altima Sedan 4D S I4, V.I.N. 1N4AL3AP9GN357625.*

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before August 20, 2020 you or your attorney must do all of the following:

    a) file an answer explaining your position at

        ***United States Bankruptcy Court Clerk***
        ***United States Bankruptcy Court,***
        ***Office of the Clerk, Room 103,***
        ***The Gateway Building,***
        ***201 Penn Street,***
        ***Reading, PA 19601***

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    b) mail a copy to the movant's attorney:

*Jason Brett Schwartz, Esquire*
*Mester & Schwartz, P.C.*
*1917 Brown Street*
*Philadelphia, PA 19130*
*(267) 909-9036*
*(267) 541-2139 Fax*

   *and*

*SCOTT F. WATERMAN*
*2901 St. Lawrence Ave., Suite 100*
*Reading, PA 19606*

   *and*

*United States Trustee*
*200 Chestnut Street,*
*Suite 502*
*Philadelphia, PA 19106*

2.   If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

3.   A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on Tuesday, September 01, 2020 at 10:00 A.M., United States Bankruptcy Court, 201 Penn Street, 4th Floor, Reading, PA 19601.

4.   If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.   You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Date: August 06, 2020