| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-16130-PMM**

Roger Stief, Jr
Amanda Stief
125 North 25th Street
Reading  PA    19606

Petition Filed Date: 09/30/2019
341 Hearing Date: 01/07/2020
Confirmation Date:

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/01/2019 | $125.00 | | 11/18/2019 | $57.00 | | 12/02/2019 | $57.00 | |
| 12/13/2019 | $57.00 | | 12/30/2019 | $57.00 | | 01/10/2020 | $57.00 | |
| 01/27/2020 | $57.00 | | 02/10/2020 | $57.00 | | 02/24/2020 | $57.00 | |
| 03/09/2020 | $57.00 | | 03/23/2020 | $116.75 | | 04/03/2020 | $116.75 | |
| 04/17/2020 | $116.75 | | 05/01/2020 | $116.75 | | 05/18/2020 | $116.75 | |
| 06/01/2020 | $116.75 | | 06/12/2020 | $116.75 | | 06/26/2020 | $116.75 | |
| 07/10/2020 | $125.00 | | 07/24/2020 | $125.00 | | 08/07/2020 | $125.00 | |

**Total Receipts for the Period:  $1,947.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $1,947.00**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

| **CLAIMS AND DISTRIBUTIONS** | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Roger Stief, Jr | Debtor Refunds | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-16130-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $1,947.00 | Current Monthly Payment: | $237.50 |
| Paid to Claims: | $0.00 | Arrearages: | ($55.00) |
| Paid to Trustee: | $184.94 | Total Plan Base: | $13,767.00 |
| Funds on Hand: | $1,762.06 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.