**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Roger Stief, Jr., | : | Chapter 13 |
| Amanda Stief, | : | |
| Debtors | : | |
| | : | Bankruptcy No. 19-16130-pmm |
| | : | |

## ORDER

AND NOW, upon consideration of the Application for Allowance of Compensation Pursuant to Section 330 of the United States Bankruptcy Code ("Application").

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $4,250.00, of which $700.00 was received pre-petition. The approved amount may be paid by the chapter 13 Trustee, to the extent permitted by the confirmed plan.

BY THE COURT

Dated: 10/30/20

*Patricia M. Mayer*

U.S. Bankruptcy Judge
Hon. Patricia M. Mayer