IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>ROGER STIEF, JR, AND<br>AMANDA STIEF,<br>　　　　Debtor,<br><br>NISSAN MOTOR ACCEPTANCE<br>CORPORATION,<br><br>　　　　Movant,<br><br>v.<br><br>ROGER STIEF, JR,<br>AMANDA STIEF, and<br>SCOTT F. WATERMAN, Trustee,<br><br>　　　　Respondents. | Bankruptcy No. 19-16130-pmm<br><br>Chapter 13<br><br>Document No. |

ORDER OF COURT

AND NOW, this __24th__ day of __March__, 2021, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

a. Relief from the Automatic Stay is granted as to the interest of Nissan Motor Acceptance Corporation in the 2019 Nissan Kicks, VIN# 3N1CP5CUXKL523653.

b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order

BY THE COURT:

*Patricia M. Mayer*
_____
Honorable Patricia M. Mayer
U.S. Bankruptcy Court Judge