UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Roger Stief, Jr | : | CHAPTER 13 |
| Amanda Stief,, | : | |
| Debtors | : | CASE NO. 19-16130-pmm |

## **ORDER**

AND NOW, upon consideration of the Motion to Reinstate Automatic Stay as to Nissan Motor Acceptance Corporation and after notice and opportunity for hearing

IT IS HEREBY ORDERED that automatic stay is reimposed as to Nissan Motor Acceptance Corporation.

IT IS FURTHER ORDERED that the ORDER granting relief from stay dated 3/24/2021 is hereby vacated7.

BY THE COURT

_____
Patricia M. Mayer
United States Bankruptcy Judge