| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 19-16130-PMM

Roger Stief, Jr
Amanda Stief
125 North 25th Street
Reading  PA    19606

Petition Filed Date: 09/30/2019
341 Hearing Date: 01/07/2020
Confirmation Date: 10/29/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/10/2020 | $57.00 | | 01/27/2020 | $57.00 | | 02/10/2020 | $57.00 | |
| 02/24/2020 | $57.00 | | 03/09/2020 | $57.00 | | 03/23/2020 | $116.75 | |
| 04/03/2020 | $116.75 | | 04/17/2020 | $116.75 | | 05/01/2020 | $116.75 | |
| 05/18/2020 | $116.75 | | 06/01/2020 | $116.75 | | 06/12/2020 | $116.75 | |
| 06/26/2020 | $116.75 | | 07/10/2020 | $125.00 | | 07/24/2020 | $125.00 | |
| 08/07/2020 | $125.00 | | 08/21/2020 | $125.00 | | 09/04/2020 | $125.00 | |
| 09/18/2020 | $125.00 | | 10/02/2020 | $125.00 | | 10/19/2020 | $125.00 | |
| 10/30/2020 | $125.00 | | 11/16/2020 | $125.00 | | 11/30/2020 | $125.00 | |
| 12/11/2020 | $125.00 | | 12/28/2020 | $125.00 | | 01/11/2021 | $125.00 | |
| 01/25/2021 | $236.13 | | 02/22/2021 | $236.13 | | 03/22/2021 | $236.13 | |
| 04/20/2021 | $236.13 | | 05/19/2021 | $236.13 | | | | |

**Total Receipts for the Period:  $4,149.65    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $4,502.65**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $3,550.00 | $3,550.00 | $0.00 |
| 1 | ONE MAIN FINANCIAL »» 001 | Unsecured Creditors | $2,570.35 | $0.00 | $2,570.35 |
| 2 | AMERICAN INFOSOURCE LP »» 002 | Unsecured Creditors | $468.24 | $0.00 | $468.24 |
| 3 | THE BANK OF MISSOURI »» 003 | Unsecured Creditors | $845.03 | $0.00 | $845.03 |
| 4 | CAPITAL ONE AUTO FINANCE »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | NISSAN MOTOR ACCEPTANCE CORPORATION »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | ONE MAIN FINANCIAL »» 06S | Secured Creditors | $8,840.00 | $570.48 | $8,269.52 |
| 7 | ONE MAIN FINANCIAL »» 06U | Unsecured Creditors | $4,862.35 | $0.00 | $4,862.35 |

**Chapter 13 Case No. 19-16130-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,502.65 | Current Monthly Payment: | $236.13 |
| Paid to Claims: | $4,120.48 | Arrearages: | ($180.48) |
| Paid to Trustee: | $382.17 | Total Plan Base: | $13,767.37 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.