UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Roger and
Amanda Stief,                             :        Chapter 13
                                          :
                                          :        Case No.   19-16130 (PMM)
                                          :
Debtors.                                  :

**ORDER**

**AND NOW**, upon consideration of the Debtor's Motion to Reinstate Automatic Stay (doc. #56, "the Motion"), seeking relief pursuant to 11 U.S.C. §362;

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **August 9, 2021**, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

*Patricia M. Mayer*

**Date: 7/8/21**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE