Certificate Number: 20102-PAE-DE-035834684

Bankruptcy Case Number: 21-11927



20102-PAE-DE-035834684

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 14, 2021, at 7:37 o'clock AM EDT, Elizabeth Novak completed a course on personal financial management given by internet by 1stopbk.com Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   July 14, 2021                    By:     /s/Marcy Walter

Name:   Marcy Walter

Title:   Certified Personal Finance Counsleor