## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Roger Stief, Jr. | : | Chapter 13 |
| Amanda Stief, | : | |
| Debtors | : | |
| | : | Bankruptcy No. 19-16130 -pmm |

## CERTIFICATE OF NO RESPONSE

I, Brenna H. Mendelsohn, Esquire of Mendelsohn & Mendelsohn, P.C., attorney for Roger and Amanda Stief, Chapter 13 Debtors, do hereby certify that I have received no response and that no response has been filed with the Court from any Creditor listed on the Matrix, the Chapter 13 Trustee or the United States Trustee for the Motion to Modify Plan and respectfully request that this Honorable Court grant the Motion without a Hearing and an Order be entered granting the relief requested.

Respectfully submitted,

/s/ Brenna H. Mendelsohn
Brenna H. Mendelsohn, Esquire
Mendelsohn & Mendelsohn, P.C.
637 Walnut Street
Reading, PA 19601

Dated: August 3, 2021