# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Roger Stief, Jr, | : | Chapter 13 |
| Amanda Stief, | : | |
| Debtors | : | Bankruptcy No. 19-16130-pmm |

## ORDER

AND NOW, upon the consideration of the Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329, and after notice and opportunity for hearing, it is hereby ORDERED and DECREED that the Third Amended Chapter 13 Plan is CONFIRMED.

BY THE COURT:

_Patricia M. Mayer_

**Date: August 5, 2021**

Patricia M. Mayer
United States Bankruptcy Judge