IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> ROGER STIEF, JR, AND <br> AMANDA STIEF, <br>       Debtor, <br><br> NISSAN MOTOR ACCEPTANCE <br> CORPORATION, <br><br>       Movant, <br><br>    v. <br><br> ROGER STIEF, JR, <br> AMANDA STIEF, and <br> SCOTT F. WATERMAN, Trustee, <br><br>       Respondents. | Bankruptcy No. 19-16130-pmm <br><br> Chapter 13 <br><br> Document No. 59 |

## PRAECIPE TO WITHDRAW RESPONSE TO DEBTOR'S DEBTOR'S MOTION TO REINSTATE AUTOMATIC STAY AS TO NISSAN MOTOR ACCEPTANCE CORPORATION AND VACATE ORDER GRANTING RELIEF FROM STAY

TO THE CLERK OF COURTS:

    Kindly withdraw the Nissan Motor Credit Corporation Response to the Debtor's Motion to Reinstate Automatic Stay As to Nissan Motor Acceptance Corporation and Vacate Order Granting Relief from Stay, filed on April 27, 2021 at Document No. 59. The Creditor Nissan Motor Credit Corporation has advised the Debtors are current.

Dated: September 15, 2021

                                              Respectfully submitted,
                                              BERNSTEIN-BURKLEY, P.C.

                                              By: /s/*Keri P. Ebeck*
                                              Keri P. Ebeck, Esq.
                                              PA I.D. # 91298
                                              kebeck@bernsteinlaw.com
                                              707 Grant Street
                                              Suite 2200, Gulf Tower
                                              Pittsburgh, PA 15219
                                              Phone - (412) 456-8112
                                              Fax - (412) 456-8135

                                              Counsel for Nissan Motor Acceptance
                                              Corporation