UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Roger Stief, Jr ,　　　　　　　　　Bankruptcy No. 19-16130-pmm
　　　　Amanda Stief,
　　　　　　　Debtors　　　　　　Chapter 13

### CERTIFICATE OF NO RESPONSE

    I, Brenna H. Mendelsohn, Esquire of Mendelsohn & Mendelsohn, P.C., attorney for Roger and Amanda Stief, Chapter 13 Debtors, do hereby certify that I have received no response and that no response has been filed with the Court from any Creditor listed on the Matrix, the Chapter 13 Trustee or the United States Trustee for the Motion to Reinstate Stay and respectfully request that this Honorable Court grant the Motion without a Hearing and an Order be entered granting the relief requested.

Dated: 9/15/2021　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　　　　　　Brenna H. Mendelsohn, Esq.
　　　　　　　　　　　　　　　　　　　　　　　/s/ Brenna H. Mendelsohn, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor