| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 19-16130-PMM**

Roger Stief, Jr
Amanda Stief
125 North 25th Street
Reading  PA    19606

Petition Filed Date: 09/30/2019
341 Hearing Date: 01/07/2020
Confirmation Date: 10/29/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/20/2021 | $236.13 | | 05/19/2021 | $236.13 | | 06/21/2021 | $236.13 | |
| 07/19/2021 | $236.13 | | 08/19/2021 | $236.13 | | 09/20/2021 | $236.13 | |
| 10/19/2021 | $236.13 | | 11/22/2021 | $236.13 | | 12/20/2021 | $236.13 | |
| 01/20/2022 | $236.13 | | 02/22/2022 | $236.13 | | 03/21/2022 | $236.13 | |
| 04/19/2022 | $236.13 | | 05/19/2022 | $236.13 | | 06/21/2022 | $236.13 | |
| 07/19/2022 | $236.13 | | | | | | | |

**Total Receipts for the Period: $3,778.08    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $7,808.47**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $3,550.00 | $3,550.00 | $0.00 |
| 1 | ONE MAIN FINANCIAL<br>»» 001 | Unsecured Creditors | $2,570.35 | $0.00 | $2,570.35 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $468.24 | $0.00 | $468.24 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $845.03 | $0.00 | $845.03 |
| 4 | CAPITAL ONE AUTO FINANCE<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | NISSAN MOTOR ACCEPTANCE CORPORATION<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | ONE MAIN FINANCIAL<br>»» 06S | Secured Creditors | $8,840.00 | $2,202.96 | $6,637.04 |
| 7 | ONE MAIN FINANCIAL<br>»» 06U | Unsecured Creditors | $4,862.35 | $0.00 | $4,862.35 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,390.00 | $1,390.00 | $0.00 |

**Chapter 13 Case No. 19-16130-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,808.47 | Current Monthly Payment: | $234.00 |
| Paid to Claims: | $7,142.96 | Arrearages: | ($27.69) |
| Paid to Trustee: | $665.51 | Total Plan Base: | $15,268.78 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.