| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 19-16130-PMM**

Roger Stief, Jr
Amanda Stief
125 North 25th Street
Reading  PA    19606

Petition Filed Date: 09/30/2019
341 Hearing Date: 01/07/2020
Confirmation Date: 10/29/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/17/2023 | $234.00 | | 09/19/2023 | $234.00 | | 10/18/2023 | $234.00 | |
| 11/21/2023 | $234.00 | | 12/18/2023 | $234.00 | | 01/18/2024 | $234.00 | |
| 02/20/2024 | $234.00 | | 03/18/2024 | $234.00 | | 04/17/2024 | $234.00 | |
| 05/20/2024 | $234.00 | | 06/17/2024 | $234.00 | | 07/17/2024 | $234.00 | |

**Total Receipts for the Period: $2,808.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $13,673.12**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $3,550.00 | $3,550.00 | $0.00 |
| 1 | ONE MAIN FINANCIAL GROUP LLC »» 001 | Unsecured Creditors | $2,570.35 | $0.00 | $2,570.35 |
| 2 | CAPITAL ONE BANK (USA) NA »» 002 | Unsecured Creditors | $468.24 | $0.00 | $468.24 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES »» 003 | Unsecured Creditors | $845.03 | $0.00 | $845.03 |
| 4 | CAPITAL ONE AUTO FINANCE »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | NISSAN MOTOR ACCEPTANCE CORPORATION »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | ONE MAIN FINANCIAL GROUP LLC »» 06S | Secured Creditors | $8,840.00 | $7,322.32 | $1,517.68 |
| 7 | ONE MAIN FINANCIAL GROUP LLC »» 06U | Unsecured Creditors | $4,862.35 | $0.00 | $4,862.35 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,390.00 | $1,390.00 | $0.00 |

**Chapter 13 Case No. 19-16130-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,673.12 | Current Monthly Payment: | $234.00 |
| Paid to Claims: | $12,262.32 | Arrearages: | ($276.34) |
| Paid to Trustee: | $1,200.20 | Total Plan Base: | $15,268.78 |
| Funds on Hand: | $210.60 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.