United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-16130-pmm |
| Roger Stief, Jr | Chapter 13 |
| Amanda Stief | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 28, 2025 | Form ID: 138OBJ | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Roger Stief, Jr, Amanda Stief, 125 North 25th Street, Reading, PA 19606-2013 |
| 14397218 | + | Arcadia, 645 Penn St, Reading, PA 19601-3543 |
| 14397236 | + | Capital Accounts, Po Box 140065, Nashville, TN 37214-0065 |
| 14487622 | + | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14524469 | + | Nissan Motor Acceptance Corporation, C/O Rebecca Ann Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Mar 01 2025 01:46:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 01 2025 01:47:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14397235 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 01 2025 02:30:48 | Bby/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14397239 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 01 2025 01:46:00 | Citiznsbnkna, 1000 Lafayette Blvd, Bridgeport, CT 06604 |
| 14397237 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 01 2025 02:09:04 | Capital One Auto Finan, Credit Bureau Dispute, Plano, TX 75025 |
| 14400088 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 01 2025 02:08:33 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14428109 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 01 2025 02:09:02 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14416070 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 01 2025 02:08:08 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14397238 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 01 2025 02:07:01 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14397240 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 01 2025 02:08:16 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14397242 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 01 2025 02:08:45 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14397243 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Mar 01 2025 01:46:00 | Nissan Motor Acceptanc, 990 W 190th St, Torrance, CA 90502 |
| 14429180 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Mar 01 2025 01:46:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |

District/off: 0313-4 | User: admin | Page 2 of 3
Date Rcvd: Feb 28, 2025 | Form ID: 138OBJ | Total Noticed: 24

| 14411966 | + Email/PDF: cbp@omf.com | | |
| | | Mar 01 2025 02:19:45 | ONEMAIN, P.O. Box 3251, Evansville, In. 47731-3251 |
| 14397244 | + Email/PDF: cbp@omf.com | | |
| | | Mar 01 2025 03:02:38 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14619881 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Mar 01 2025 02:09:02 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14397246 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Mar 01 2025 02:06:55 | Syncb/gapdc, Po Box 965005, Orlando, FL 32896-5005 |
| 14397247 | + Email/Text: Atlanticus@ebn.phinsolutions.com | | |
| | | Mar 01 2025 01:46:00 | Tbom/atls/fortiva Mc, Po Box 105555, Atlanta, GA 30348-5555 |
| 14420092 | + Email/Text: Atlanticus@ebn.phinsolutions.com | | |
| | | Mar 01 2025 01:46:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14397223 | *+ | Arcadia, 645 Penn St, Reading, PA 19601-3543 |
| 14397224 | *+ | Arcadia, 645 Penn St, Reading, PA 19601-3543 |
| 14397225 | *+ | Arcadia, 645 Penn St, Reading, PA 19601-3543 |
| 14397226 | *+ | Arcadia, 645 Penn St, Reading, PA 19601-3543 |
| 14397227 | *+ | Arcadia, 645 Penn St, Reading, PA 19601-3543 |
| 14397228 | *+ | Arcadia, 645 Penn St, Reading, PA 19601-3543 |
| 14397229 | *+ | Arcadia, 645 Penn St, Reading, PA 19601-3543 |
| 14397230 | *+ | Arcadia, 645 Penn St, Reading, PA 19601-3543 |
| 14397231 | *+ | Arcadia, 645 Penn St, Reading, PA 19601-3543 |
| 14397232 | *+ | Arcadia, 645 Penn St, Reading, PA 19601-3543 |
| 14397233 | *+ | Arcadia, 645 Penn St, Reading, PA 19601-3543 |
| 14397234 | *+ | Arcadia, 645 Penn St, Reading, PA 19601-3543 |
| 14397219 | *+ | Arcadia, 645 Penn St, Reading, PA 19601-3543 |
| 14397220 | *+ | Arcadia, 645 Penn St, Reading, PA 19601-3543 |
| 14397221 | *+ | Arcadia, 645 Penn St, Reading, PA 19601-3543 |
| 14397222 | *+ | Arcadia, 645 Penn St, Reading, PA 19601-3543 |
| 14397241 | *+ | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14622111 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14397245 | *+ | Onemain, Po Box 1010, Evansville, IN 47706-1010 |

TOTAL: 0 Undeliverable, 19 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2025       Signature:       /s/Gustava Winters

District/off: 0313-4                          User: admin                          Page 3 of 3
Date Rcvd: Feb 28, 2025                       Form ID: 138OBJ                       Total Noticed: 24

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2025 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Roger Stief  Jr tobykmendelsohn@comcast.net |
| BRENNA HOPE MENDELSOHN | on behalf of Joint Debtor Amanda Stief tobykmendelsohn@comcast.net |
| DENISE ELIZABETH CARLON | on behalf of Creditor Nissan Motor Acceptance Corporation bkgroup@kmllawgroup.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| KERI P EBECK | on behalf of Creditor Nissan Motor Acceptance Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*Form 138OBJ* (6/24)–doc 98 – 91

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Roger Stief Jr | ) | Case No. 19–16130–pmm |
| | ) | |
| | ) | |
|    Amanda Stief | ) | Chapter: 13 |
| | ) | |
|    Debtor(s). | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: February 28, 2025

For The Court

Timothy B. McGrath
Clerk of Court